AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| NATALIE PRISCO, ARMAND PRISCO and UNCOOKED, INC., *Plaintiff* <br> v. <br> FLAIR & PAPER, INC. and HEYAR PADRON, *Defendant* | ) ) ) ) ) ) Case No. 17cv7493 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Flair & Paper, Inc. and Heyar Padron

Date:    02/01/2018

*Attorney's signature*

Robert L. Greener (RG8089)
*Printed name and bar number*

112 Madison Avenue, 6th Floor
New York, NY 10016

*Address*

rlg@greenerlegal.com
*E-mail address*

(646) 415-8920
*Telephone number*

(212) 689-9680
*FAX number*